UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT
OF NEW YORK (BROOKLYN)

Elijah Blaise Bien-Aime
    Plantiff

Case No _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 30 2024 ★
BROOKLYN OFFICE

Gonzalez, J
Bloom, MJ   24-cv-03264-HG-LB

V.

FBOP STAFF CO Mr. B. SCOTT, MDC Brooklyn Warden
Mr. MA'AT, Unit G-43 Leuitenant (unkown) And All other Parties Present

    Defendant(s)

Motion of
Intent to file
for (FTCA) Federal
TORT CLAIM ACT

REC'D IN PRO SE OFFICE
APR 30 '24 AM 11:49

I, Elijah Blaise Bien-Aime, Am A federal Inmate being held at USP Big Sandy in Kentucky.

While at MDC Brooklyn on Approximately September 3RD 2022 @ around 6:00 - 8:30PM While not Posing a threat to myself, others or Staff in unit G-43 near Staircase i was assulted by another inmate with Boiling 100° water & Grease. Then Such inmate Proceeded to Chase me with a Knife While i ran for my life. I ran towards CO. Mr. B. Scott to ask for medical Assistance and instead he maced me Close range with OC-spray which inflicted more Injury and Pain to myself the victim of an unexpected Assult.

So I filed my administrative remedies from BP-8, BP-9, BP-10, BP-11, Until it became Unaccessable.

Then I filed an FTCA, Federal tort Claims Act in September 2023. A response was recieved by me. Policy states that if no response is made after the (6) six month review Process FTCA states it will take for them to review & Investigate Claim, take that as a denial and to Proceed to the higher Courts. "Your Claim has been denied and Proceed to the next step" That next step has lead me to your Court.

I have been in transfer holdover Since (3/12/24 - 4/9/24) ~~HERE~~ E.B. & Was in SHU from 2/14/24 - 3/12/24. Since going to SHU on 2/14/24 all my Property has come up missing. Among those things were Copies of FTCA Claim, Medical Records, Sick Call Cop outs, BP-8, BP-9, BP-10, BP-11, my Personal logs of everyone I spoke to about Said matter & on what dates I mailed out each Piece of mail. It has become impossible to get copies of these items because staff are not willing to help in any way.

My (FTCA) Federal Tort Claim Act has a Claim # that I know is retrievable through the regional office & Federal tort Claim Civil litigation unit in washington, DC. Also health Services keeps or is supposed to keep records of my Sick Call Slips Data and any Services rendered. And the Administrative remedies

Clerk Should have logged my Administrative Remedy 8,9,10 & 11 in Sentry. Once It is in the System it Cannot be erased.

Leutenant Ms. Metzger was Present when i was brought to SHU medical to be treated for my burns. She was taking Pictures and Video of the Injuries i got & She gave orders to decontaminate my eyes.

The FTCA form that accompanies this motion is not a true Copy. It is a Copy made from my best recollection of the events that took Place and an Approximation of how i filled the original FTCA.

If the Court Awards Damages In the Amount of $3.6 million, There are no further Action(s) I request.

I would ask the Court for a Jury trial if my Claim is denied.

I, Elijah Blaise Bien-Aime Reg#83977053 DOB: 01/24/96, Testify under Penalty of Perjury That the above Statements are true and factual to the best of my recollection.

#83977053

Elijah Blaise Bien-Aime        X _Elijah B_        4/15/24

Reg #83977053

USP Big Sandy

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| DOJ, FBOP CO. B. Scott, Warden Mr. Ma'at & All Staff at MDC Brooklyn Present at time of incident | Elijah Bien-Aime @ MDC Brooklyn 80 29th Street BK NY 11232 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 01/24/96 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT Approx 9/3/2022 7:15 PM | 7. TIME (A.M. OR P.M.) Approx. 7:15 PM |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

While in unit G-43 on Approx. 9/3/22 at around 7:15 PM I was assulted by another inmate with boiling water 190° & cooking Grease. upon running for my life for medical assistance. CO Mr. B. Scott. Maced me close range with OC-Spray. while i was telling him I was the victim and needed medical attention. he didn't protect me & he maced me on top of my injuries. this is cruel and unusual Punishment. OC Spray isn't Supposed to be sprayed close range.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

I was severly burned (2ND & 3RD degree) on my Left Arm, ribs, left bicep, Neck and upper torso Left with permenant burn marks at least 6 inches wide & 12 inches long. with boiling 190° water and cooking grease by another inmate and CO B. Scott maced me while not Possing a threat & asking for medical.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Elijah Blaise Bien-Aime CO. Mr. B Scott Warden Ma'at Lt. Metzger | MDC Brooklyn 80 29th St BKlyn, NY 11232 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| N/A | $3,600,000.00 | N/A | $3,600,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *Elijah Bien-Aime* | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE 9/15/24 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

✳ This is not a true copy! This is a recollection of the statement on the original ✳

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** ☐ Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. ☐ No

N/A

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** ☐ Yes ☐ No

N/A

**17. If deductible, state amount.**

N/A

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A

**19. Do you carry public liability and property damage insurance?** ☐ Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). ☐ No

N/A

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a seperate claim form.

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

* THIS IS A RECOLLECTION OF WHAT WAS WRITTEN ON THE ORIGINAL * THIS IS NOT THE TRUE COPY

cc: Clerk of Courts                    April 15th, 2024
Eastern District

    I am an inmate @ USP Big Sandy in Kentucky which is a federal Bureau of Prisons Penitentiary. Several of my Constitutional Rights has been Viloated. While @ MDC Brooklyn. I need a "1983 - Bivens Act" And or federal Lawsuit forms for "Pro-se" Inmates to file their Claims.

    Also, Include The district Court rules for filing Said Action and a Pro SE Packet to file all motions that Pertain to this Action, Motions for, Assistant Counsel, Preliminary Injunction, Summary Judgement, To Ammend Complaint, Etc. And all Other information That can be made available to me

    Thank you for your time and Assitance With this matter.

Elijah Bien-Aime
  Reg# 83977053
USP BIG SANDY        X  _[signature]_                4/15/24

USP BIG SANDY / Elijah Bien Aime  
PO BOX 2068 | Reg # 83977053  
Inez, Kentucky 41224

Case 1:24-cv-03264-HG-CHK   Document 1   Filed 04/30/24   Page 7 of 8 PageID #: 7
CERTIFIED MAIL®

7021 2720 0000 3565 1737

Theodore Roosevelt United States Court House

To: Eastern District (Court of Clerk's office)
@ 225 Cadman Plaza East
Brooklyn N.Y. 11201

U.S.M.S.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 30 2024 ★

BROOKLYN OFFICE

4/20/24

LEGAL MAIL

MAIL

UNITED STATES PENITENTIARY BIG SANDY
P.O. BOX 2067, INEZ, KY 41224

LEGALMAIL

7021 2720 0000 3565 1737

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE